No. 75–339. BUFFALO FORGE CO. v. UNITED STEEL-WORKERS OF AMERICA, AFL–CIO, ET AL. C. A. 2d Cir. [Certiorari granted, 423 U. S. 911.] Motion of respondent United Steelworkers of America, AFL–CIO, to file a joint brief with American Federation of Labor & Congress of Industrial Organizations as *amicus curiae* denied.

No. 75–491. UNITED STATES v. AGURS. C. A. D. C. Cir. [Certiorari granted, 423 U. S. 983.] Motion of respondent to preclude filing of brief of petitioner denied.

No. 75–817. NEBRASKA PRESS ASSN. ET AL. v. STUART, JUDGE, ET AL. Sup. Ct. Neb. [Certiorari granted, 423 U. S. 1027.] Motion of petitioners for additional time for oral argument granted and 15 additional minutes allotted for that purpose. Respondents also allotted 15 additional minutes for oral argument. Motion of respondent Erwin Charles Simants for leave to proceed *in forma pauperis* granted.

No. 75–855. BROWN v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS ET AL.;
No. 75–5421. GREEN v. HUNTER, U. S. DISTRICT JUDGE; and
No. 75–5956. BONNER v. UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT. Motions for leave to file petitions for writs of mandamus denied.

No. 75–5962. NEAL v. CASWELL, JUDGE, ET AL. Motion for leave to file petition for writ of mandamus and other relief denied.

No. 75–699. MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE v. GOLDFARB. Appeal from D. C. E. D. N. Y. Probable jurisdiction noted.